Moot. claim has been withdrawn.

Date signed March 29, 2007



**DUNCAN W. KEIR**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

IN RE: **Roxana G. Tirigall,**         *    Case No 06-16969
                                        *    (Chapter 13)
              Debtor.                   *
\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DISALLOWING CLAIM AS FILED BY
### DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE

UPON CONSIDERATION of the Debtor's Objection to Claim as Filed by Department of the Treasury - Internal Revenue Service, any response(s) thereto, and in consideration of the claim as filed, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED that the Proof of claim as filed by the Department of the Treasury - Internal Revenue Service is DISALLOWED.

IT IS SO ORDERED.

cc:
Debtor
Counsel for the Debtor – Adam M. Frieman, Esquire
Claimant
Attorney General of United States
Office of the United States Attorney
Bradley Plovan, Attorney for Claimant
Chapter 13 Trustee – Gerard R. Vetter, Chapter 13 Trustee

**END OF ORDER**